# Court of Appeals
# of the State of Georgia

ATLANTA, October 30, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0477. JEREMIAH CARBON v. P FIN 11, LLC.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued a judgment in favor of the plaintiff, defendant Jeremiah Carbon appealed to superior court. The superior court also ruled in favor of the plaintiff, and Carbon appeals. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Carbon did not follow the proper procedure for obtaining appellate review, we lack jurisdiction. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/30/2018

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.